UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 19-353 (JEB) |
| | : | |
| SHAUN MILLER, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court and defense that the attached discovery letter of February 3, 2021, has been provided to the defense in this matter.

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney
D.C. Bar No. 4444188

By:  /s/ *Christine M. Macey*
CHRISTINE M. MACEY
VERONICA SANCHEZ
Assistant United States Attorneys
D.C. Bar No. 1010730
Fraud Section
555 4th Street, NW, Room 5243
Washington, DC 20530
(202) 252-7058 (Macey)
(202) 252-7518 (Sanchez)
Christine.Macey@usdoj.gov
Veronica.Sanchez@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2021, a copy of the foregoing notice was served via electronic case filing to counsel for the defendant.

 /s/ *Christine M. Macey*
Christine M. Macey
Assistant U.S. Attorney